UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 25-21375-CIV-MARTINEZ-REID**

LEVEL FRANCOIS,

    Plaintiff,

v.

CITY OF NORTH MIAMI
BEACH POLICE DEPT.; *et al.*,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** came before this Court on Magistrate Judge Lisette M. Reid's *Sua Sponte* Report and Recommendation [ECF No. 11], entered on October 27, 2025. Judge Reid examined the plausibility of Plaintiff's several claims and recommends the Court dismiss Plaintiff's Complaint [ECF No. 1]. (*See generally* Report). Plaintiff was given 14 days to file any objections. To date, no objections have been filed.

The Court has reviewed the pleading, the Report and applicable law. Finding no error in the Magistrate Judge's analysis, it is

**ORDERED AND ADJUDGED** that Judge Reid's Report and Recommendation [ECF No. 11] is **AFFIRMED** and **ADOPTED**. Plaintiff's Complaint [ECF No. 1] is **DISMISSED** without prejudice. The Clerk shall close the case.

**DONE AND ORDERED** in Miami, Florida, this 17th day of November, 2025.

                                                  CECILIA M. ALTONAGA
                                                for JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE